IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., ET AL., | No. C 12-00166 CRB |
| Plaintiffs, | **ORDER OF RECUSAL** |
| v. | |
| ROYCE INTERNATIONAL BROADCASTING CORP., ET AL., | |
| Defendants. | |

  I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled action, hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2. of the Assignment Plan.

  All pending dates of motions, pretrial conferences and trial are hereby vacated and are to be reset by the newly assigned Judge.

  **IT IS SO ORDERED.**

Dated: April 12, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\12-0166.crborder.wpd