**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**

——————————

www.cand.uscourts.gov

Richard W. Wieking

Clerk

General Court Number

415.522.2000

## April 13, 2012

**CASE NUMBER:  CV 12-00166 CRB**

**CASE TITLE:  BROADCAST MUSIC-v-ROYCE INTERNATIONAL**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Susan Illston** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **SI** immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 4/13/12

FOR THE EXECUTIVE COMMITTEE:

_____

Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies

Log Book Noted

Special Projects

Entered in Computer 4/13/12 ha

CASE SYSTEMS ADMINISTRATOR:

Copies to:  All Counsel

Transferor CSA