IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC,<br><br>    Plaintiff,<br><br>v.<br><br>ROYCE INTERNATIONAL,<br><br>    Defendant.    / | No. C 12-00166 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: September 21, 2012 at 3:00 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is October 31, 2012.

DESIGNATION OF EXPERTS: 1/4/13 ; REBUTTAL: 1/14/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 1, 2012.

DISPOSITIVE MOTIONS **SHALL** be filed by November 9, 2012;

    Opp. Due November 26, 2012;  Reply Due December 3, 2012;

    and set for hearing no later than December 14, 2012 at 9:00 AM.

PRETRIAL CONFERENCE DATE: February 29, 2013 at 3:30 PM.

JURY TRIAL DATE: March 4, 2013 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to a magistrate-judge for settlement purposes. The settlement conference shall occur during the last ½ of August 2012.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 6/25/12

                                      SUSAN ILLSTON
                                      United States District Judge