KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile: 415.989.1663
Email:   ksf@cpdb.com,
         jdg@cpdb.com,
         jjb@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC., *et al.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; BOCEPHUS MUSIC, INC.; EMI AL GALLICO MUSIC CORP.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SCREEN GEMS-EMI MUSIC, INC.; SONGPAINTER MUSIC; BRO 'N SIS MUSIC, INC.; SURE-FIRE MUSIC COMPANY, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV MELODY; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SCARLET MOON MUSIC INC.; VELVET APPLE MUSIC; GLAD MUSIC PUBLISHING & RECORDING LP; PAPPY DAILY MUSIC LP; WARNER-TAMERLANE PUBLISHING CORP.; SONGS OF UNIVERSAL, INC.; THE MAKIKI PUBLISHING CO. LTD. d/b/a PACIFIC ISLAND PUBLISHING; PAINTED DESERT MUSIC CORPORATION; RICH WAY MUSIC, INC.; BMG PLATINUM SONGS (US); UNIVERSAL MUSIC-Z TUNES, LLC d/b/a UNIVERSAL MUSIC Z SONGS; SHROOM SHADY MUSIC; HOTEL BRAVO MUSIC; M SHOP PUBLISHING, A DIVISION OF MACHINE SHOP PUBLISHING, LLC; CHESTERCHAZ PUBLISHING; ROB BOURDON MUSIC; NONDISCLOSURE AGREEMENT MUSIC; BIG BAD MR. HAHN MUSIC; KENJI KOBAYASHI MUSIC; PANCAKEY CAKES MUSIC; EMI BLACKWOOD MUSIC, INC.; MASTER FALCON MUSIC; MATZA BALL | Case No. 3:12-cv-00166-SI (MODIFIED)<br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' REQUEST TO BE REPRESENTED AT SETTLEMENT CONFERENCE BY COUNSEL<br><br>Judge:  Hon. Nandor J. Vadas<br>Date:   August 23, 2012<br>Time:   11:00 a.m.<br>Crtrm.: 14<br>         450 Golden Gate Avenue<br>         San Francisco, CA<br><br>Trial Date:   March 4, 2013 |

13389.015 2133035v1

1

**PLAINTIFFS' SETTLEMENT CONFERENCE STATEMENT**

**1** MUSIC; PRESCRIPTION SONGS, LLC d/b/a WHERE DA KASZ AT; DICK JAMS, A
**2** DIVISION OF DICK JAMS, LLC,

**3**           Plaintiffs,

**4**      v.

**5** EDWARD R. STOLZ, II, individually, and d/b/a PLAYA DEL SOL BROADCASTERS
**6** operating radio station KRCK-FM; ROYCE INTERNATIONAL BROADCASTING
**7** CORPORATION; SILVER STATE BROADCASTING, LLC operating radio
**8** stations KFRH-FM and KBET-AM; GOLDEN STATE BROADCASTING, LLC operating
**9** radio station KREV-FM

**10**           Defendants.

**11**

**12**

**13**     On August 9, 2012, in compliance with the Court's Settlement Conference Order, Dkt. No.

**14** 23, Plaintiffs lodged in the chambers of Magistrate Judge Nandor J. Vadas a copy of their

**15** Settlement Conference Statement. The Settlement Conference is scheduled for August 23, 2012.

**16**     Plaintiffs' Settlement Conference Statement states that because BMI's representative is

**17** located in Nashville, Tennessee, Plaintiffs request permission for BMI's counsel to represent the

**18** plaintiffs at the Settlement Conference. It states that Plaintiffs' counsel has represented BMI for

**19** more than 20 years in cases similar to the present case, is intimately familiar with the issues, and

**20** has settlement authority. It states that BMI's representative will be available by telephone, if

**21** necessary. Plaintiffs state that Defendants' counsel has agreed to Plaintiffs' representation by

**22** Plaintiffs' counsel.

**23** ///
**24** ///
**25** ///
**26** ///
**27** ///
**28** ///

13389.015 2133035v1

2

**PLAINTIFFS' SETTLEMENT CONFERENCE STATEMENT**

1  The Court hereby GRANTS Plaintiffs' request to be represented at the August 23, 2012
2  Settlement Conference by BMI's counsel, Karen S. Frank.

3  **BMI is excused from personally attending the settlement conference on the following conditions:  Karen S. Frank shall have full authority to settle the matter AND BMI shall**
4  **be on telephone standby for the duration of the settlement conference.**

5  IT IS SO ORDERED.

7  DATED:  August 15, 2012



Magistrate Judge Nandor J. Vadas
United States District Court

13389.015 2133035v1

3

**PLAINTIFFS' SETTLEMENT CONFERENCE STATEMENT**