UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., | No. C-12-00166 SI (NJV) |
| Plaintiff(s), | ORDER REQUIRING PARTIES TO MEET AND CONFER IN PERSON TO DISCUSS AMOUNT IN CONTROVERSY PRIOR TO SETTLEMENT CONFERENCE |
| v. | |
| ROYCE INTERNATIONAL | |
| Defendant(s). | |

The Court has reviewed the parties' settlement conference statements and orders the parties to meet and confer in advance of the August 23, 2012 settlement conference. The parties' attorneys are all located in San Francisco and shall meet and confer in person. No later than August 21, 2012, the parties shall report to the Court, confirming that they have met and conferred, and briefly updating the Court regarding their respective settlement positions. The parties shall submit this update electronically to njvpo@cand.uscourts.gov.

**IT IS SO ORDERED**.

Dated: August 15, 2012

Nandor J. Vadas
United States Magistrate Judge