IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,            No. C 12-0166 SI

          Plaintiffs,                       **ORDER SCHEDULING TELEPHONIC CONFERENCE**

   v.

EDWARD R. STOLZ., II, et al.,

          Defendants.
                                                 /

On November 8, 2012, the Court conditionally granted the motion of Gordon & Rees LLP to withdraw as attorneys for defendants Royce International Broadcasting Corporation; Royce International Broadcasting Corporation, d/b/a Playa Del Sol Broadcasters; Edward R. Stolz II; Silver State Broadcasting LLC; and Golden State Broadcasting LLC, effective December 7, 2012. In the interim, a discovery deadline dispute arose and on December 7, 2012, defendants' attorneys, Gordon & Rees LLP, filed an administrative motion seeking relief from their apparent failure to timely serve objections and responses to plaintiffs' discovery requests. Defendants' motion also requests a continuance of existing deadlines and a Court conference to discuss how to proceed given that defendants have not retained new counsel.

Accordingly, the Court hereby DIRECTS the parties to appear at a telephonic conference with the Court to discuss these matters on **Tuesday, December 18, 2012, at 4:00 p.m**. Each party shall provide an appropriate telephone number to the Court's courtroom deputy, via email sicrd@cand.uscourts.gov, or by voice message, (415) 522-2028.

**IT IS SO ORDERED.**

Dated: December 11, 2012

                                                        SUSAN ILLSTON
                                                        United States District Judge