1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,

          Plaintiffs,

  v.

EDWARD R. STOLZ., II, et al.,

          Defendants.

No. C 12-0166 SI

**ORDER SCHEDULING TELEPHONIC CONFERENCE**

On November 8, 2012, the Court conditionally granted the motion of Gordon & Rees LLP to withdraw as attorneys for defendants Royce International Broadcasting Corporation; Royce International Broadcasting Corporation, d/b/a Playa Del Sol Broadcasters; Edward R. Stolz II; Silver State Broadcasting LLC; and Golden State Broadcasting LLC, effective December 7, 2012. In the interim, a discovery deadline dispute arose and on December 7, 2012, defendants' attorneys, Gordon & Rees LLP, filed an administrative motion seeking relief from their apparent failure to timely serve objections and responses to plaintiffs' discovery requests. Defendants' motion also requests a continuance of existing deadlines and a Court conference to discuss how to proceed given that defendants have not retained new counsel.

Accordingly, the Court hereby DIRECTS the parties to appear at a telephonic conference with the Court to discuss these matters on **Tuesday, December 18, 2012, at 4:00 p.m**. Each party shall provide an appropriate telephone number to the Court's courtroom deputy, via email sicrd@cand.uscourts.gov, or by voice message, (415) 522-2028.

    **IT IS SO ORDERED.**

Dated: December 11, 2012

SUSAN ILLSTON
United States District Judge