IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., | No. C 12-0166 SI |
| Plaintiffs, | **ORDER GRANTING ADMINISTRATIVE RELIEF; RESETTING BRIEFING SCHEDULE** |
| v. | |
| EDWARD R. STOLZ., II, et al., | |
| Defendants. | |

On December 7, 2012, defendants filed an administration motion requesting that the Court excuse defendants' failure to timely file objections to plaintiffs' requests for admissions and interrogatory responses. Defendants have since retained new counsel. *See* Dkt. Nos. 65, 66. For good cause shown, the Court hereby GRANTS defendants' request. Defendants shall serve their responses on plaintiffs **no later than January 7, 2013**. In addition, plaintiffs may file any amendments to their motion for summary judgment (Dkt. No. 50) **no later than January 18, 2013**. Defendants' opposition shall be filed **no later than January 25, 2013**, and any reply from plaintiffs **no later than February 1, 2013**. All other dates in the case remain unchanged.

**IT IS SO ORDERED.**

Dated: December 18, 2012

SUSAN ILLSTON
United States District Judge