| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BROADCAST MUSIC, INC., et al., | | Case No. 3:12-cv-00166-SI |
| Plaintiffs, | | Hon. Susan Illston |
| | | Magistrate Judge: Hon. Nandor J. Vadas |
| v. | | [~~PROPOSED~~] ORDER REGARDING STIPULATED REQUEST TO CHANGE TIME |
| EDWARD R. STOLZ, II, et al., | | |
| Defendants. | | |

Case No. C-12-00166-SI

Good cause having been shown, all case dates are continued as follows:

1. The Mandatory Settlement Conference shall be continued to February 22, 2013 at 1:00 p.m.

2. Defendants' opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before February 22, 2013.

3. Plaintiff's reply brief, if any, shall be filed on or before March 2, 2013.

4. The hearing date on the Summary Judgment Motion will be held March 15, 2013 at 9:00 a.m.

5. The Pre-Trial Conference will be held March 15, 2013 at 9:00 a.m.

6. The Trial Date will be set for March 25, 2013 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/7/13

Hon. Susan Illston
U.S. District Court Judge