1
2
3
4
5
6
7
8  UNITED STATES DISTRICT COURT
9  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | BROADCAST MUSIC, INC., et al.,  | Case No. 3:12-cv-00166-SI
12 | Plaintiffs,                      | Hon. Susan Illston
                                      | Magistrate Judge: Hon. Nandor J. Vadas
13 | v.                               | [~~PROPOSED~~] ORDER REGARDING STIPULATED REQUEST TO CHANGE TIME
14 | EDWARD R. STOLZ, II, et al.,
15 | Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-12-00166-SI

[PROPOSED] ORDER RE: STIPULATED REQUEST TO CHANGE TIME

Good cause having been shown, all case dates are continued as follows:

1. The Mandatory Settlement Conference shall be continued to February 22, 2013 at 1:00 p.m.

2. Defendants' opposition to Plaintiff's Motion for Summary Judgment shall be filed on or before February 22, 2013.

3. Plaintiff's reply brief, if any, shall be filed on or before March 2, 2013.

4. The hearing date on the Summary Judgment Motion will be held March 15, 2013 at 9:00 a.m.

5. The Pre-Trial Conference will be held March 15, 2013 at 9:00 a.m.

6. The Trial Date will be set for March 25, 2013 at 8:30 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

2/7/13                               _Susan Illston_
                                     _____
                                     Hon. Susan Illston
                                     U.S. District Court Judge