IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BROADCAST MUSIC, INC., et al.,        No. C 12-0166 SI

    Plaintiffs,        **ORDER REQUIRING STATUS REPORT**

  v.

EDWARD R. STOLZ., II, et al.,

    Defendants.

    At the March 15, 2013 hearing on plaintiffs' motion for summary judgment, the parties informed the Court that they had agreed in principle to settle the case and were actively resolving certain details. The Court deferred ruling on the pending motion to allow the parties to resolve the remaining issues.

    The parties have not since contacted the Court regarding the status of their negotiations and plaintiffs' motion remains under submission. Accordingly, the Court hereby DIRECTS the parties to file with the Court **a joint status report, no later than June 28, 2013**, informing the Court as to whether the case has settled or whether they have made arrangements for further settlement negotiations and, if so, when and with whom those negotiations will proceed.

**IT IS SO ORDERED.**

Dated: June 14, 2013

                             SUSAN ILLSTON
                             United States District Judge