KAREN S. FRANK (State Bar No. 130887)
JULIA D. GREER (State Bar No. 200479)
JEREMIAH J. BURKE (State Bar No. 253957)
COBLENTZ, PATCH, DUFFY & BASS LLP
One Ferry Building, Suite 200
San Francisco, California 94111-4213
Telephone: 415.391.4800
Facsimile:  415.989.1663
Email:    ef-ksf@cpdb.com,
          ef-jdg@cpdb.com,
          ef-jjb@cpdb.com

Attorneys for Plaintiffs
BROADCAST MUSIC, INC.*, et al.*

*IT IS SO ORDERED*
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV ACUFF ROSE MUSIC; BOCEPHUS MUSIC, INC.; EMI AL GALLICO MUSIC CORP.; COTILLION MUSIC, INC.; TERRY STAFFORD MUSIC CO.; SCREEN GEMS-EMI MUSIC, INC.; SONGPAINTER MUSIC; BRO 'N SIS MUSIC, INC.; SURE-FIRE MUSIC COMPANY, INC.; SONY/ATV SONGS LLC d/b/a SONY/ATV MELODY; SONY/ATV SONGS LLC d/b/a SONY/ATV TREE PUBLISHING; SCARLET MOON MUSIC INC.; VELVET APPLE MUSIC; GLAD MUSIC PUBLISHING & RECORDING LP; PAPPY DAILY MUSIC LP; WARNER-TAMERLANE PUBLISHING CORP.; SONGS OF UNIVERSAL, INC.; THE MAKIKI PUBLISHING CO. LTD. d/b/a PACIFIC ISLAND PUBLISHING; PAINTED DESERT MUSIC CORPORATION; RICH WAY MUSIC, INC.; BMG PLATINUM SONGS (US); UNIVERSAL MUSIC-Z TUNES, LLC d/b/a UNIVERSAL MUSIC Z SONGS; SHROOM SHADY MUSIC; HOTEL BRAVO MUSIC; M SHOP PUBLISHING, A DIVISION OF MACHINE SHOP PUBLISHING, LLC; CHESTERCHAZ PUBLISHING; ROB BOURDON MUSIC; NONDISCLOSURE AGREEMENT MUSIC; BIG BAD MR. HAHN MUSIC; KENJI KOBAYASHI MUSIC; PANCAKEY CAKES MUSIC; EMI BLACKWOOD MUSIC, INC.; MASTER FALCON MUSIC; MATZA BALL | Case No. 3:12-cv-00166-SI<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

13389.015 2454923v1                                                             3:12-cv-00166-SI

**STIPULATION OF DISMISSAL**

| | |
|---|---|
| 1 | MUSIC; PRESCRIPTION SONGS, LLC d/b/a WHERE DA KASZ AT; DICK JAMS, A |
| 2 | DIVISION OF DICK JAMS, LLC, |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | EDWARD R. STOLZ, II, individually, and d/b/a PLAYA DEL SOL BROADCASTERS |
| 6 | operating radio station KRCK-FM; ROYCE INTERNATIONAL BROADCASTING |
| 7 | CORPORATION; SILVER STATE BROADCASTING, LLC operating radio |
| 8 | stations KFRH-FM and KBET-AM; GOLDEN STATE BROADCASTING, LLC operating |
| 9 | radio station KREV-FM |
| 10 | Defendants. |

12  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the Settlement

13  Agreement and Mutual Release between the parties, Plaintiffs Broadcast Music, Inc. *et al.* hereby

14  voluntarily dismiss this action, without prejudice, including all claims. The parties have agreed

15  that the Court will retain jurisdiction for the limited purpose of entering a Stipulated Final

16  Judgment Upon Consent in the event of Defendants' default under the Settlement Agreement.

17  Each party shall bear its own costs and attorneys' fees.

18  **IT IS SO STIPULATED.**

19  DATED: June 17, 2013        COBLENTZ, PATCH, DUFFY & BASS LLP

21                                              By:    */s/ Karen S. Frank*
22                                                     Karen S. Frank
                                                       Attorneys for Plaintiffs
23                                                     BROADCAST MUSIC, INC., et al.

24  DATED: June 17, 2013        ONE LLP

26                                              By:    */s/ Chris Arledge*
27                                                     Chris Arledge
                                                       Attorney for Defendants

13389.015 2454923v1                     1                          3:12-cv-00166-SI
**STIPULATION OF DISMISSAL**